```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DENNIS JOHN CAMPBELL, et al.    :      CIVIL ACTION
                                :
          v.                    :
                                :
FEDERAL BUREAU OF               :      NO. 08-0230
INVESTIGATION                   :

                          ----------

DENNIS JOHN CAMPBELL, et al.    :      CIVIL ACTION
                                :
          v.                    :
                                :
THE UNITED STATES POSTAL        :      NO. 08-0867
SERVICE                         :

                          ----------

DENNIS JOHN CAMPBELL, et al.    :      CIVIL ACTION
                                :
          v.                    :
                                :
THE UNITED STATES DEPARTMENT OF :
LABOR, et al.                   :      NO. 09-2697
```

ORDER

AND NOW, this 14th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motions of plaintiffs to continue to hold these actions in abeyance (ECF No. 08-0230 Doc. #46; ECF No. 08-867 Doc. #43; ECF No. 09-2697 Doc. #32) are DENIED; and

      (2) the cross-motion of the government to dismiss all three actions pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) is GRANTED.

                                  BY THE COURT:

\_

                                 /s/ Harvey Bartle III
                                                            J.