IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DENNIS JOHN CAMPBELL, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| FEDERAL BUREAU OF INVESTIGATION | : | NO. 08-0230 |

----------

| DENNIS JOHN CAMPBELL, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE UNITED STATES POSTAL SERVICE | : | NO. 08-0867 |

----------

| DENNIS JOHN CAMPBELL, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE UNITED STATES DEPARTMENT OF LABOR, et al. | : | NO. 09-2697 |

ORDER

AND NOW, this 14th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motions of plaintiffs to continue to hold these actions in abeyance (ECF No. 08-0230 Doc. #46; ECF No. 08-867 Doc. #43; ECF No. 09-2697 Doc. #32) are DENIED; and

(2) the cross-motion of the government to dismiss all three actions pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.